UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
DIVISION

---

LELAND FOSTER, Individually

    Plaintiff,

v

MANISTEE GOLF SERVICES, LLC., a Michigan
Limited Liability Company d/b/a MANISTEE
NATIONAL GOLF AND RESORT

    Defendant.

CASE NO. 1:15-CV-884

HON. ELLEN S. CARMODY

---

| | |
|---|---|
| Owen B. Dunn, Jr. (P66315) | Paul Van Oostenburg (P34762) |
| LAW OFFICE OF OWEN B. DUNN, JR. | SMITH HAUGHEY RICE & ROEGGE |
| The Ottawa Hills Shopping Center | Attorneys for Defendant |
| 4334 W. Central Ave., Ste. 222 | 100 Monroe Center NW |
| Toledo, Ohio 43615 | Grand Rapids, MI 49503-2802 |
| 419-241-9661 | 616-774-8000 |
| dunnlawoffice@sbcglobal.net | pvanoostenburg@shrr.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Counsel of record hereby petition this Court for entry of an Order of Dismissal after agreeing to a confidential **FULL AND FINAL RELEASE AND SETTLEMENT AGREEMENT**.

Consistent with that agreement, it is hereby ordered that this case is dismissed with prejudice and without costs, interest, or attorney fees to any party.

It is further ordered that this Court shall retain limited continuing jurisdiction for the limited potential purpose of enforcing the terms of the confidential **FULL AND FINAL RELEASE AND SETTLEMENT AGREEMENT**.

This Order administratively closes this case, subject to that limited continuing jurisdiction through 2019.

It is so ordered.

DATED: April  19 , 2016          /s/ Ellen S. Carmody
                                                      ELLEN S. CARMODY
                                                      U.S. Magistrate Judge

Approved as to form and substance.

DATED: April 15, 2016          */s/  Owen B. Dunn, Jr.*
                                                        Owen B. Dunn, Jr. (P66315)
                                                        LAW OFFICE OF OWEN B. DUNN, JR.
                                                        The Ottawa Hills Shopping Center
                                                        4334 W. Central Ave., Ste. 222
                                                        Toledo, Ohio  43615
                                                        419-241-9661
                                                        dunnlawoffice@sbcglobal.net

DATED: April 19, 2016          */s/ Paul Van Oostenburg*
                                                        Paul Van Oostenburg (P34762)
                                                        SMITH HAUGHEY RICE & ROEGGE
                                                        Attorneys for Defendant
                                                        100 Monroe Center NW
                                                        Grand Rapids, MI 49503-2802
                                                        616-774-8000

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation